Supreme Court, New York Special Term. Reported. N. Y. L. J., October 11, 1902.

PEOPLE *v.* FASSANELLI.   SAME *v.* WAGNER.   SAME *v.* YAMERDO.

BISCHOFF, J.: The fact that the defendant is the holder of a liquor tax certificate and would suffer substantial pecuniary loss through a conviction of the misdemeanor charged affords sufficient ground for a direction that the charge should be prosecuted by indictment. I have so held upon applications of this character in the past, and find no reason for altering my views.

See *People* v. *Stewart*, N. Y. L. Journal, July 30, 1900.

Motions granted.